```
1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LUGO, | NO. 1:11-CV-01744-DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's confidential letter on defendant be extended to May 18, 2012.

///
///
///
///
///
///

This is plaintiff's first request for an extension of time. Plaintiff's attorney has a scheduled vacation and will need additional time to further review the file and prepare the confidential letter.

Respectfully submitted,

Dated: April 2, 2012        By */s/ Jeffrey R. Duarte*
                             Jeffrey R. Duarte
                             Attorney for Plaintiff


Dated: April 2, 2012        Benjamin B. Wagner
                             United States Attorney


                             By */s/ Elizabeth Barry*
                             (As authorized via telephone)
                             Elizabeth Barry
                             Special Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **April 4, 2012**            /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE