```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5       160 Spear Street, 8th Floor
         San Francisco, California 94105
 6       Telephone: (415) 977-8972
         Facsimile: (415) 744-0134
 7       Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| BARBARA LUGO, ) | |
|           Plaintiff, ) | Case No.  CIV-1:11-cv-01744-DLB |
| ) | |
|    v. ) | STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, and ) his successors in interest ) | |
|           Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until September 26, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

/ / /

1     This is Defendant's first request for an extension of time in this matter.

                                                  Respectfully submitted,

Dated: August 17, 2012           */s/ Jeffrey R. Duarte*
                                                  (as authorized via telephone)
                                                  JEFFREY R. DUARTE
                                                  Attorney for Plaintiff

                                                  BENJAMIN WAGNER
                                                  United States Attorney

Dated: August 17, 2012       By */s/ Elizabeth Barry*
                                                  ELIZABETH BARRY
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

                                           ORDER

      IT IS SO ORDERED.

      **Dated:**   **August 20, 2012**                 /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE