BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| BARBARA LUGO, ) | |
|         Plaintiff, ) | Case No. CIV-1:11-cv-01744-DLB |
| ) | |
|    v. ) | STIPULATION AND ORDER |
| ) | FOR A FIRST EXTENSION FOR |
| MICHAEL J. ASTRUE, ) | DEFENDANT TO FILE HIS OPPOSITION TO |
| Commissioner of Social Security, and ) | PLAINTIFF'S OPENING BRIEF |
| his successors in interest ) | |
| ) | |
|         Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until September 26, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

/ / /

1     This is Defendant's first request for an extension of time in this matter.

                                        Respectfully submitted,

Dated: August 17, 2012           */s/ Jeffrey R. Duarte*
                                        (as authorized via telephone)
                                        JEFFREY R. DUARTE
                                        Attorney for Plaintiff


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: August 17, 2012       By */s/ Elizabeth Barry*
                                          ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


                                        <u>ORDER</u>

    IT IS SO ORDERED.

    **Dated:**   **August 20, 2012**             /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE