1   BENJAMIN WAGNER CSBN 163581
United States Attorney
2   DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3   Social Security Administration
ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
San Francisco, California 94105
6       Telephone: (415) 977-8972
Facsimile: (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

Attorneys for Defendant
9

10                  UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
                        **FRESNO DIVISION**
11

12   BARBARA LUGO,                      )
                                        )   Case No.  CIV-1:11-cv-01744-DLB
13              Plaintiff,              )
                                        )   STIPULATION AND ORDER
14          v.                          )   FOR A SECOND EXTENSION FOR
                                        )   DEFENDANT TO FILE HIS OPPOSITION TO
15   MICHAEL J. ASTRUE,                 )   PLAINTIFF'S OPENING BRIEF
     Commissioner of Social Security, and )
16   his successors in interest        )
                                        )
17              Defendant.              )
                                        )
18   _____  )

19

20          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

21   of the Court, that Defendant shall have a 30-day extension, or until October 26, 2012, in which to file his

22   Opposition to Plaintiff's Opening Brief.

23          The undersigned counsel for the Defendant has exercised due diligence in managing her caseload

24   and makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for

25   the Defendant has filed or will file dispositive briefs in the following matters: *Tillemans v. Astrue*

26   (DNV) 2:12-cv-00127-PMP-RJJ, *Franklin v. Astrue* (EDCA) 2:11-cv-02058-SMS, and *Jones v. Astrue*

27   2:11-01985-GMN-RJJ (NDCA) .

28

1    This is Defendant's second request for an extension of time in this matter.

2
                                    Respectfully submitted,
3
Dated: September 26, 2012           /s/ Jeffrey R. Duarte
4                                   (as authorized via telephone by Teresa Gowans)
                                    JEFFREY R. DUARTE
5                                   Attorney for Plaintiff

6

7                                   BENJAMIN WAGNER
                                    United States Attorney
8
Dated: September 26, 2012           By /s/ Elizabeth Barry
9                                   ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
10                                  Attorneys for Defendant

11

12        IT IS SO ORDERED.

13     Dated:   **September 27, 2012**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28