1 BENJAMIN WAGNER CSBN 163581
United States Attorney
2 DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
ELIZABETH BARRY CSBN 203314
4 Special Assistant United States Attorney

5   160 Spear Street, 8th Floor
    San Francisco, California 94105
6   Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
7   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| BARBARA LUGO, ) | |
| ) | Case No.  CIV-1:11-cv-01744-DLB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR A SECOND EXTENSION FOR |
| ) | DEFENDANT TO FILE HIS OPPOSITION TO |
| MICHAEL J. ASTRUE, ) | PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, and ) | |
| his successors in interest ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until October 26, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

   The undersigned counsel for the Defendant has exercised due diligence in managing her caseload and makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for the Defendant has filed or will file dispositive briefs in the following matters: *Tillemans v. Astrue* (DNV) 2:12-cv-00127-PMP-RJJ, *Franklin v. Astrue* (EDCA) 2:11-cv-02058-SMS, and *Jones v. Astrue* 2:11-01985-GMN-RJJ (NDCA) .

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: September 26, 2012       */s/ Jeffrey R. Duarte*
(as authorized via telephone by Teresa Gowans)
JEFFREY R. DUARTE
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: September 26, 2012       By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 27, 2012**                **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE